IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-2936-JLK-CYC

ABIGAIL YALCIN,

    Plaintiff,

v.

WESTERN COLORADO UNIVERSITY,
VICTORIA LENORE FELLOWS, in her
Official and Individual Capacities; MILES
CARTER VAN HEE, in his Official and Individual
Capacities; and GARY PIERSON, in his Official
and Individual Capacities,

    Defendants.

## JOINT STATUS REPORT

Plaintiff, through her undersigned counsel, and Defendants, through their undersigned counsel, submit the following Joint Status Report per this Court's March 11, 2025 Order (Doc. No. 20). In doing so, the parties state as follows:

    1.    This case is currently stayed so the parties can pursue alternative dispute resolution.

    2.    The parties participated in a mediation on May 12, 2025, with former Magistrate Judge Kristen Mix at Judicial Arbiter Group.

    3.    At the mediation, the parties reached a settlement in principle, conditioned upon execution of a final release agreement.

4.     Defendants' counsel has prepared a final release agreement, which is currently being reviewed by Plaintiff and her counsel.

5.     The parties request the stay of the case be extended for an additional twenty-eight (28) days so the parties can finalize the release agreement and process any requirements of the release.

6.     Once finalized, the parties plan to submit a joint stipulation for dismissal with prejudice.

WHEREFORE, the Parties respectfully request the stay of this case be extended for an additional twenty-eight (28) days.

Respectfully submitted this 13th day of June 2025.

NIMMO & SLOANE, LLP

/s/  Charles Mendez
_____
MICHAEL NIMMO*
CHARLES MENDEZ*
4601 DTC Boulevard, Ste. 950
Denver, CO 80237
T: 303.571.5302
F: 303.571.1806
michael@denvertriallawyers.com
charles@denvertriallawyers.com
*Counsel of Record
Attorneys for Plaintiff

PHILIP J. WEISER
Attorney General

/s/ Natalie Powell

NATALIE POWELL
Senior Assistant Attorney General
MICHAEL MCMASTER
Assistant Solicitor General
Colorado Attorney General's Office
1300 Broadway, 7th Floor
Denver, Colorado 80203
(720) 508-6420; (720) 508-6484
natalie.powell@coag.gov
michael.mcmaster@coag.gov
*Counsel of Record
  *Attorneys for Defendants*

CERTIFICATE OF SERVICE

     I certify that I served the foregoing JOINT STATUS REPORT on all parties herein via the ECF system or by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 13th day of June 2025, addressed as follows:

Michael Nimmo
Charles Mendez
WAHLBERG, WOODRUFF,
NIMMO & SLOANE, LLP
4601 DTC Boulevard, Ste. 950
Denver, CO 80237
michael@denvertriallawyers.com
charles@denvertriallawyers.com
Attorney for Plaintiff

                         /s/Jen Davis-Weiser